## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:23-cv-02937-CKK |
| v. | ) | |
| | ) | |
| WILLIAM J. BURNS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jane Doe and Defendants William J. Burns, Doug Van Zandt, John Doe, Richard Roe, and the Central Intelligence Agency, by and through undersigned counsel, stipulate to dismissal of this action, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: June 20, 2024

/s/ *Kevin T. Carroll*
HUGHES HUBBARD & REED LLP
Kevin T. Carroll (DC Bar No. 1021479)
1775 Eye St., NW
Washington, DC 20006
kevin.carroll@hugheshubbard.com
Phone: 202-721-4603
Facsimile: 202-721-4646

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel (DC Bar # 1017949)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-0680
michael.j.gerardi@usdoj.gov

*Counsel for Official-Capacity Defendants*

C. SALVATORE D'ALESSIO, JR.
Director, Constitutional Tort Staff
Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Constitutional Tort Staff
Torts Branch, Civil Division

*/s/ Juliana MacPherson Barrett*
JULIANA MACPHERSON BARRETT
Trial Attorney (NY Bar No. 5270848)
U.S. Department of Justice
Torts Branch, Civil Division
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
(202) 616-4326
Juliana.M.Barrett@usdoj.gov

*Counsel for Defendants Burns and Van Zandt*
*in their Individual Capacities*