# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br>    Plaintiff,<br>    v.<br>WILLIAM J. BURNS, *et al.*,<br>    Defendants. | Civil Action No. 23-2937 (CKK) |

## ORDER
(June 20, 2024)

In light of the parties' [32] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 20th day of June, 2024, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

Dated: June 30, 2024

                                          /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge